**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLOMON AVERY, | ) NO. EDCV 12-2136-VBF (MAN) |
| Plaintiff, | ) ORDER ACCEPTING FINDINGS |
| v. | ) AND RECOMMENDATIONS OF |
| BRENDA M. CASH, et al., | ) UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections has passed, and no Objections have been filed.[1] The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that Judgment be entered dismissing this action

---

[1] The copy of the Report served upon plaintiff at his docket address of record was returned by the United States Postal Service as undeliverable, with a notation that plaintiff has been paroled. More than 15 days have passed since such return, and plaintiff has failed to notify the Court of his current address. Thus, dismissal of this action is warranted under Local Rule 41-6, as well as Fed. R. Civ. P. 41(b).

without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-6, for lack of prosecution.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:    May 21, 2013                              .

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE